FILED: March 1, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2547 (L)
(1:14-cv-00110-JFM)

_____

COLUMBIA GAS TRANSMISSION, LLC

      Plaintiff - Appellant

v.

76 ACRES, MORE OR LESS, IN BALTIMORE AND HARFORD COUNTIES, MARYLAND; LAMBERT G. BOYCE, JR.; LEDLEY BYRD BOYCE; ROBERT E. BOYER, JR.; MARGARET H. KENNY; WILFRED L. TURK; NANCY A. TURK

      Defendants - Appellees

and

CHARLES DAVID CAYCE, IV; BETTY JANE CAYCE; WILLIAM R. COLE; EDUARDO GONZALEZ; LILIANA GONZALEZ; LINDA A. GUCKERT; CHRISTOPHER GUCKERT; JOHN HERBERT HAGAN, IV; ROBERT HERBERT HAGAN; JAMES A. QUICK; SUSAN W. QUICK; JOHN THOMAS REED; KATHERINE GAYLE REED; DONALD J. ROCKER; MARITAL TRUST UNDER WILL OF GERALD J. STAUTBERG, c/o Larry Silverstein and James A. Stautberg; FRANK A. TEDESCHI; SUSAN M. TEDESCHI; MARCO ZAMORA; MARIA GUADALUPE ZIZELMAN, f/k/a Maria G. Zamora; JOSEPH VINCENT ZITO; KLARA ZITO; CONSERVATION EASEMENT HOLDER, The Manor Conservancy, Inc; ROBERT K. DE GRAW; DEBORAH DE GRAW

      Defendants

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 04/25/2016

Opening brief due: 04/25/2016

Opening/response brief due: 05/26/2016

Response/reply brief due: 06/28/2016

Any reply brief: 14 days from service of response/reply brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk