IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

COLUMBIA GAS TRANSMISSION, LLC,

    *Appellant/Cross-Appellee,*

v.

76 ACRES MORE OR LESS, IN
BALTIMORE AND HARFORD COUNTIES,
MARYLAND; LAMBERT G. BOYCE, JR.;
LEDLEY BYRD BOYCE; ROBERT E.
BOYER, JR.; MARGARET H. KENNEY;
WILFRED L. TURK; AND NANCY A.
TURK,

    *Appellees/Cross-Appellants.*

Consolidated Appeal No.: 15-2547
(Civil No.: 1:14-cv-00110-JFM)

**CONSENT MOTION TO DISMISS CROSS APPEALS BETWEEN COLUMBIA GAS TRANSMISSION, LLC AND WILFRED AND NANCY TURK
<u>PURSUANT TO FRAP 42(b)</u>**

    Appellant/Cross-Appellee Columbia Gas Transmission, LLC ("Columbia") and Appellees/Cross-Appellants Wilfred and Nancy Turk (the "Turks"), by counsel and pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, respectfully request that the Court dismiss the cross appeals asserted between Columbia and the Turks, who have reached a settlement agreement concerning those issues. These parties agree that this voluntary dismissal should be without the award of costs or fees to either party.

    This Motion does not affect the cross appeals asserted between Columbia and Appellees/Cross-Appellants Lambert and Ledley Boyce, Robert Boyer, and Margaret Kenney (the "Boyce/Boyer/Kenneys"). Counsel for the Boyce/Boyer/Kenneys has been informed of the parties' intention to file this motion and she has indicated her consent to the relief requested.

1

WHEREFORE, for these reasons, Columbia and the Turks respectfully request that the Court dismiss with prejudice the cross appeals between those parties.

Dated:  March 1, 2016                    Respectfully submitted,

| **WILFRED AND NANCY TURK** | **COLUMBIA GAS TRANSMISSION, LLC** |
|---|---|
| *By Counsel* | *By Counsel* |
|   */s/ Thomas F. McDonough*   |   */s/ Jessica D. Fegan*   |
| Thomas F. McDonough | John D. Wilburn |
| **ROYSTON, MUELLER, MCLEAN, AND REID LLP** | Richard D. Holzheimer |
| | Stephen P. Mulligan |
| The Royston Building, Suite 600 | **MCGUIREWOODS LLP** |
| 102 W. Pennsylvania Avenue | 1750 Tysons Boulevard, Suite 1800 |
| Towson, MD 21204 | Tysons Corner, VA  22102 |
| Telephone: (410) 823-1800 | Telephone:  (703) 712-5000 |
| Facsimile: (410) 828-7859 | Facsimile:   (703) 712-5281 |
| tmcdonough@rmmr.com | jwilburn@mcguirewoods.com |
| *Counsel for Defendants Nancy and Wilfred Turk* | rholzheimer@mcguirewoods.com |
| | smulligan@mcguirewood.com |
| | |
| | Jessica D. Fegan |
| | **MCGUIREWOODS LLP** |
| | 2001 K Street, Suite 400 |
| | Washington, D.C. 20006 |
| | Telephone: (202) 857-1728 |
| | Facsimile:  (202) 828-3328 |
| | jfegan@mcguirewoods.com |
| | |
| | Tennille J. Checkovich |
| | **MCGUIREWOODS LLP** |
| | 800 East Canal Street |
| | Richmond, Virginia 23219 |
| | Telephone: (804) 775-4758 |
| | Facsimile: (804) 440-7770 |
| | tcheckovich@mcguirewoods.com |
| | |
| | Arnold M. Weiner |
| | Barry L. Gogel |
| | **RIFKIN, WEINER, LIVINGSTON, LEVITAN & SILVER, LLC** |
| | 2002 Clipper Park Road, Suite 108 |
| | Baltimore, MD 21211 |
| | Telephone:  (410) 769-8080 |

2

Facsimile: (410) 769-8811
aweiner@rwlls.com
bgogel@rwlls.com

*Counsel for Columbia Gas Transmission, LLC*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of March, 2016, I caused the foregoing Consent Motion to Dismiss Cross Appeals Between Columbia Gas Transmission, LLC and Wilfred and Nancy Turk Pursuant to FRAP 42(b) to be filed via CM/ECF, which will send notice to the following:

| | |
|---|---|
| Carolyn Elefant<br>LAW OFFICES OF CAROLYN ELEFANT<br>2200 Pennsylvania Ave., NW<br>Fourth Floor<br>Washington, D.C. 20037<br>*Counsel for Lambert Boyce, Jr. and Ledley Boyce, Margaret H. Kenney, and Robert E. Boyer, Jr.* | Thomas F. McDonough<br>ROYSTON, MUELLER, MCLEAN, AND REID LLP<br>The Royston Building, Suite 600<br>102 W. Pennsylvania Avenue<br>Towson, MD 21204<br>Telephone: (410) 823-1800<br>Facsimile: (410) 828-7859<br>tmcdonough@rmmr.com<br>*Counsel for Defendants Nancy and Wilfred Turk* |

  /s/ Jessica D. Fegan
Jessica D. Fegan
**MCGUIREWOODS LLP**
2001 K Street, Suite 400
Washington, D.C. 20006
Telephone: (202) 857-1728
Facsimile: (202) 828-3328
jfegan@mcguirewoods.com

*Counsel for Columbia Gas Transmission, LLC*

3