IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION, LLC, | * |
| | * |
| *Plaintiff*, | * |
| v. | Docket Nos. 15-2547 |
| | Consolidated with 15-2457, 16-1017 |
| | * |
| LAMBERT BOYCE et. al. | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF DEFENDANT/APPELLEES BOYER, BOYCES AND KENNEY**

On behalf of the Defendant/Appellees Robert Boyer, Margaret Kenney and Lambert and Ledley Boyce, notice is given of entry of appearance of counsel, Carolyn Elefant, LAW OFFICES OF CAROLYN ELEFANT, PLLC. Contact information for the firm is provided in the signature block of this notice.

_____
Carolyn Elefant
LAW OFFICES OF CAROLYN ELEFANT PLLC
2200 Pennsylvania Avenue NW Fourth Flr. E
Washington DC 20037
202-297-6100
carolyn@carolynelefant.com

1

## CERTIFICATE OF SERVICE

I certify that on April 16, 2016, I caused to be served the foregoing Entry of Appearance by electronic mail, and upon request, first class mail, postage prepaid on all parties in the above-captioned proceeding.

Respectfully submitted,

Carolyn Elefant
LAW OFFICES OF CAROLYN ELEFANT
2200 Pennsylvania Avenue N.W.
Fourth Floor East
Washington D.C. 20037
(202) 297-6100